Law Offices
**Wargo & French LLP**
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Phone: 310-853-6300

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE TAPIA | Case No. LA CV11-10658 JAK (FFMx) |
| Plaintiffs, | **JUDGMENT** |
| v. | Hon. John A. Kronstadt |
| JPMORGAN CHASE BANK, N.A.; AND DOES 1 THROUGH 50, INCLUSIVE | |
| Defendants. | |

1 Pursuant to this Court's April 12, 2012 Order granting Defendant JPMorgan
2 Chase Bank, N.A ("Defendant")'s Motion To Dismiss Plaintiff Felipe Tapia
3 ("Plaintiff")'s Complaint, IT IS HEREBY ADJUDGED that Plaintiff's claims are all
4 dismissed with prejudice, that Plaintiff shall take nothing, and that Defendant shall
5 have judgment against Plaintiff on all claims.

IT IS SO ORDERED.

Dated: May 18, 2012   _____
 Honorable John A. Kronstadt
 Judge of United States District Court